UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 00-6117

UNITED STATES OF AMERICA

   Plaintiff

vs.

CIV-LENARD
MAGISTRATE JUDGE
TURNOFF

DIANE M. RAPPLEYEA,

   Defendant
_____/

## COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $2892.94, plus interest on this principal amount computed at the rate of 8.00% percent per annum in the amount of $633.22, plus interest thereafter on this principal until the date of judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.



WHEREFORE, plaintiff prays judgment against the defendant for the total of $3526.16, plus interest at 8.00% percent per annum on the principal amount of $2892.94, to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this __14__ day of __December__, 1999.

Respectfully submitted,

Thomas E. Scott
United States Attorney

By: _____
Mary F. Dooley
99 NE 4th Street
3rd Floor
Miami, FL 33132-2111
Tel No. (305) 961-9360
Fax No. (305) 530-7195

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Diane M. Rappleyea
AKA: Diane Marie Rappleyea
4645 1/2 Penny Lane
Back APT.
Lake Worth, FL 33461
SSN: 267418189

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below, plus additional interest from 07/27/99.

On or about 08/30/85, the borrower executed promissory note(s) to secure the loan(s) of $2350.00 from Glendale Federal, Ft. Lauderdale, FL at 8.00 percent interest per annum. This loan obligation was guaranteed by the Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/11/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2972.20 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/22/95, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $1170.00 in payments from all sources, including Treasury Department offsets, if any. After application of those payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2892.94 |
| Interest: | $545.08 |
| Administrative Costs: | $0.00 |
| Late fees: | $0.00 |
| | |
| Total debt as of 07/27/99: | $3438.02 |

Interest accrues on the principal shown here at the rate of $0.63 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _8/10/99_          Name: _[signature]_
              Date                      Loan Analyst, Litigation Branch

GOVERNMENT EXHIBIT A

6-21-90 11-23

# FLORIDA APPLICATION/PROMISSORY NOTE FOR A STUDENT LOAN AND LOAN GUARANTEE

*WARNING: ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 USC 1087-4*

## SECTION I - TO BE COMPLETED BY THE STUDENT - READ THE INSTRUCTIONS

1. Social Security Number: 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
2. Last Name: RAPPLEYEA   First: DIANE   Middle/Maiden: M
3. Birth Date: 06 / 20 / 55
4. Permanent Home Address: 14 Dennis St, Riviera Beach, FL 33404
5. Area Code-Phone No. for Item 4: (305) 848-3959
6. U.S. Citizenship Status: ☑ (a) U.S. Citizen
7. Total Number of Borrower's Dependents: 1   List Ages: 30
8. Permanent Resident of (State Name): FL.   Since: Mo. 10 Yr. 77
8.(a) County Code: 50
9. Intended Enrollment Status: ☑ Half-Time but Less Than Full Time
10. Major Course of Study: Travel
11. While in School, You Intend to Live: ☑ Off Campus
12. Prior to the academic year for which this loan is requested, have you ever been enrolled in any school beyond the high school level? ☑ Yes
13. Requested Loan Amount: $2350.00
14. Loan Period: From 08/85 To 02/86
15. Have you ever defaulted on an education loan? ☑ No
16. Do you have any outstanding education loans? ☑ No

17. Name of Lender: None

18. Name of Parent/Guardian plus Adult Relative:
- BARRY NAGELE SR, 238 Blossom Ln, Palm Bch Shores, 305-844-4253, Post Office
- NANCY WOOD, Box 873, Rose Ave, Tilson, NY 12486, 914-658-9411

## SECTION II - TO BE COMPLETED BY THE SCHOOL

20. Name of School: AMERICAN CAREER TRAINING TRAVEL SCHOOL
21. Address: 4699 N. Federal Hwy, Pompano Beach, FL 33064
22. Loan Period: From 08/31/85 To 02/28/86
23. Borrower's Grade Level: 1
24. Anticipated Graduation Date: 02/86
25. School Code: 022959
26. Area Code/Phone Number: (305) 946-5551
27. Dependency Status: ☑ Independent
27.(a) Adjusted Gross Income: $8,000.00
28. Estimated Cost of Attendance: $2851.00
29. Estimated Financial Aid: $0
30. Difference: $2851.00
31.(a) Beginning Date of Terms Covered: #1 08/31/85 - $2350.00
Total of Disbursements: $2350.00
Print or Type Name and Title: BRENDA BRANDON, FAO
Date: 9-5-85

## SECTION III - TO BE COMPLETED BY THE LENDER

33. Name of Lending Institution: GLENDALE FEDERAL STUDENT LOAN DEPARTMENT
34. Address: 301 E. LAS OLAS BLVD, P.O. BOX 1890, FT. LAUDERDALE, FLORIDA 33302
35. Area Code/Phone No.: (305) 763-1121
36. Lender Code: 826762
37. Loan Disbursement Date(s): #1 9/27/85 - $2350.00
Total Amount Lender Approves: $2350.00
38. Length of Grace Period: 9
39. Signature of Authorized Lending Official: Susan S. Kline
Print or Type Name and Title: SUSAN S. KLINE, BDO
40. Date: 9/17/85

## SECTION IV - PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN

I, Promise To Pay. I, the undersigned student borrower, identified in Section I, Item 2, promise to pay to you or your order when this note becomes due as set forth in Paragraph II, the sum of Twenty-three hundred fifty DOLLARS ($2,350.00) (Requested Loan Amount - Must be the Same as Item 13) or such loan amount as is advanced to me and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including the fees of an outside attorney and court costs that are permitted by Federal law and regulations for the collection of this loan, which you incur in collecting this loan. (See Paragraphs II, III, VI on the other side). My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE, I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF.

Student Borrower Signature: Dianne Marie Rappleyea   Date: 08/30/85

NOTICE TO STUDENT: Terms of the Promissory Note continue on the reverse side.

FGLP Standard Form - 1 (3/85)    LENDER COPY A

BEST COPY AVAILABLE AT TIME OF IMAGING

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET    00-6117

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV - LENARD**

**(a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

DIANE M. RAPPLEYEA

MAGISTRATE JUDGE TURNOFF

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

B: Broward / 0:00cv6117 / Lenard / Turnoff

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS E. SCOTT - U.S. ATTORNEY
99 N.E. 4th STREET SUITE 300
MIAMI, FL 33132-2111  (305) 961-9311

**ATTORNEYS** (IF KNOWN)

CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| □ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B□ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane | □ 362 Personal Injury — Med Malpractice | B□ 620 Other Food & Drug | | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 365 Personal Injury — Product Liability | B□ 625 Drug Related Seizure of Property 21 USC 881 | □ 423 Withdrawal 28 USC 157 | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personal Injury Product Liability | B□ 630 Liquor Laws | | B□ 450 Commerce/ICC Rates/etc |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers Liability | | B□ 640 R.R. & Truck | A PROPERTY RIGHTS | □ 460 Deportation |
| □ 151 Medicare Act | □ 340 Marine | PERSONAL PROPERTY | B□ 650 Airline Regs | □ 820 Copyrights | □ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 345 Marine Product Liability | □ 370 Other Fraud | B□ 660 Occupational Safety/Health | □ 830 Patent | □ 810 Selective Service |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 371 Truth in Lending | B□ 690 Other | □ 840 Trademark | □ 850 Securities/Commodities/ Exchange |
| □ 160 Stockholders Suits | □ 355 Motor Vehicle Product Liability | □ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | □ 875 Customer Challenge 12 USC 3410 |
| □ 190 Other Contract | □ 360 Other Personal Injury | □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 891 Agricultural Acts |
| □ 195 Contract Product Liability | | | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | □ 863 DIWC/DIWW (405(g)) | □ 893 Environmental Matters |
| □ 210 Land Condemnation | □ 441 Voting | 3□ 510 Motions to Vacate Sentence | □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 864 SSID Title XVI | □ 894 Energy Allocation Act |
| □ 220 Foreclosure | □ 442 Employment | HABEAS CORPUS: | | □ 865 RSI (405(g)) | □ 895 Freedom of Information Act |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/ Accommodations | B□ 530 General | □ 740 Railway Labor Act | FEDERAL TAX SUITS | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 240 Torts to Land | □ 444 Welfare | A□ 535 Death Penalty | □ 790 Other Labor Litigation | A□ 870 Taxes (U.S. Plaintiff or Defendant) | □ 950 Constitutionality of State Statutes |
| □ 245 Tort Product Liability | □ 440 Other Civil Rights | B□ 540 Mandamus & Other | A□ 791 Empl. Ret. Inc. Security Act | A□ 871 IRS — Third Party 26 USC 7609 | □ 890 Other Statutory Actions |
| □ 290 All Other Real Property | | B□ 550 Civil Rights | | | A OR B |
| | | B□ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

RECOVERY OF FUNDS EXPENDED BY THE PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERAL STUDENT LOAN 34 CFR 682.100 (4) (d)

LENGTH OF TRIAL ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
□ UNDER F.R.C.P. 23

DEMAND $3526.16
+ interest & penalties

CHECK YES only if demanded in complaint
JURY DEMAND: □ YES [X] NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE 1/24/00

SIGNATURE OF ATTORNEY OF RECORD

Mary F. Dooley, AUSA

FOR OFFICE USE ONLY

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___