UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6117-CIV-LENARD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DIANE M. RAPPLEYEA HOFFMAN

        Defendant.
_____/

## SATISFACTION OF JUDGMENT

The judgment entered in favor of the United States of America, in the above-entitled case having been approved for discharged by the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record.

Dated: May 31, 2007  
       Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:   s/Aloyma M. Sanchez
Aloyma M. Sanchez(0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel No.(305) 961-9352
Fax No.(305) 530-7195
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>May 31, 2007</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. mail this <u>31st</u> day of <u>May , 2007</u> upon party of record who is not authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

                                                               <u>s/Aloyma M. Sanchez</u>
                                                                Aloyma M. Sanchez
                                                                Assistant United States Attorney

<u>United States of America v. Diane M. Rappleyea Hoffman</u>
Case No. 00-6117-CIV-LENARD

SERVICE LIST

Diane M. Rappleyea Hoffman
114 Sawyersville Road
Ashevoro, NC 27205
***Served by U.S. Mail***

Aloyma M. Sanchez
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 N.E. 4th Street, Suite 300/Civil Division
Miami, Florida   33132
Tel: (305) 961-9204
Fax: (305) 530-7139
Counsel for Plaintiff